**FILED**

SEP 2 1 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ellenie Tsige,                    )
                                  )
          Plaintiff,              )
                                  )
     v.                           )     Civil Action No.   **12 1568**
                                  )
KIPP DC PCS-Will,                 )
                                  )
          Defendant.              )
_____)

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff is a District of Columbia resident suing a school in the District for decisions made about her son. She seeks an "investigation as well [as] justification." Compl. at 4. The complaint neither presents a federal question nor provides a basis for diversity jurisdiction.

1

Presumably, plaintiff's recourse lies in the Superior Court of the District of Columbia.  A

separate Order of dismissal accompanies this Memorandum Opinion.


DATE:  September ___17___, 2012

Ellen S Huvelle
United States District Judge